UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIK MORADI, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 13-0599 (ESH) |
| ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

## ORDER AND DEFAULT JUDGMENT

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1608(e), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' motion for a default judgment [ECF No. 18] is **GRANTED**; it is further

**ORDERED** that judgment in the amount of $20,336,000 is entered for plaintiffs Nik and Deborah Moradi and against defendant Islamic Republic of Iran, allocated as follows:

$ 6,168,000 in compensatory damages to plaintiff Nik Moradi;

$ 4,000,000 in compensatory damages to plaintiff Deborah Moradi; and

$ 10,168,000 in punitive damages to plaintiffs Nik and Deborah Moradi.

**SO ORDERED.**

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 5, 2015